UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-11240-HCM |
| TINO FRANCISCO CALDERON | § | |
| RAYMOND C. MCDERMETT | § | |
| | § | |
| Debtors(s) | § | Chapter 7 |

## TRUSTEE'S NOTICE OF RESIGNATION AND REPORT OF NO ADMINISTRATION

I, Ron Satija, hereby resign as Trustee of the above-numbered and styled case subject to the approval of the U.S. Trustee, and respectfully report the following:

I have neither received any property nor paid any money on account of this estate.

I declare under penalty of perjury that the foregoing Report is true and correct, and request this Report be approved and that I be discharged as trustee in this case.

Dated: November 22, 2019

*/s/ Ron Satija*
Ron Satija
CHAPTER 7 TRUSTEE
PO Box 660208
Austin, TX 78766-7208
Tel/Fax: (512) 733-1311
Email: rsatija@satijatrustee.com

## CERTIFICATE OF REVIEW

The United States Trustee has reviewed and approved the foregoing Report for compliance with Title 11 of the United States Code.

Dated: November 22, 2019

United States Trustee
Region 7

*/s/Brian R. Henault*
Bankruptcy Analyst