**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 10, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| TINO CALDERON & RAYMOND § | |
| MCDERMETT, § | CASE NO. 19-11240-HCM-7 |
| § | |
| DEBTORS. § | |

### ORDER TERMINATING THE AUTOMATIC STAY

There came on before this Court, the Motion of TD Auto Finance LLC for Relief from Automatic Stay ("Motion") filed by TD Auto Finance LLC ("TDAF"), complaining of Tino Calderon & Raymond McDermett ("Debtors") and Ron Satija ("Trustee"). TDAF was represented by and through Stephen G. Wilcox of the firm of Wilcox Law, P.L.L.C. Debtors, although served with a copy of the Motion, individually and through their attorney of record, failed to respond. The Chapter 7 Trustee, although served with a copy of the Motion, failed to respond.

**IT IS THEREFORE ORDERED** that:

1. The automatic stay is terminated immediately as to the 2019 Dodge Ram 1500, Vehicle Identification Number 1C6RREHT1KN502621 account number ending in 8280, described in the Motion on file herein.

2. TDAF may repossess and sell its Collateral without further notice to the Debtors, the Trustee or any other party-in-interest. TDAF may also obtain all writs and other court orders

necessary to obtain possession of its Collateral in the event it is not voluntarily surrendered.

**IT IS SO ORDERED.**

# # #

**PREPARED BY:**

Stephen G. Wilcox
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006

953-02320-498262